# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**EDWINA MOSBY**                                                                 **PLAINTIFF**

v.                                    No. 4:12-cv-344-DPM

**UNIVERSITY OF ARKANSAS BOARD
OF TRUSTEES; ANGELA SMITH, Navigator
for the Translational Research Institute, UAMS;
LISA JACKSON, Department Head for the
Translational Research Institute, UAMS; and
CURTIS LOWERY, Dr., Chair, Obstetrics &
Gynecology, Director, Translational Research
Institute, UAMS, all individually and in their
official capacities**                                                        **DEFENDANTS**

## JUDGMENT

Mosby's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 December 2012