IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDWINA MOSBY                                                                                    PLAINTIFF

v.                                      No. 4:12-cv-344-DPM

UNIVERSITY OF ARKANSAS BOARD
OF TRUSTEES; ANGELA SMITH, Navigator
for the Translational Research Institute, UAMS;
LISA JACKSON, Department Head for the
Translational Research Institute, UAMS; and
CURTIS LOWERY, Dr., Chair, Obstetrics &
Gynecology, Director, Translational Research
Institute, UAMS, all individually and in their
official capacities                                                                          DEFENDANTS


JUDGMENT

Mosby's complaint is dismissed without prejudice.


*signature*
D.P. Marshall Jr.
United States District Judge

21 December 2012